UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TONNIE LUCKETT (#99443)

VERSUS

ROBERT E. BARROW, JR., TREATMENT CENTER, ET AL.

CIVIL ACTION

NO. 14-153-JWD-RLB

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 2, 2015, to which no opposition was filed:

**IT IS ORDERED** this action is dismissed as legally frivolous and malicious within the meaning of 28 U.S.C. §§ 1915(g) and 1915A.[1]

Signed in Baton Rouge, Louisiana, on June 24, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

1 Note that 28 U.S.C. § 1915(g) provides that, "[i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."